UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN MICHAEL NEUMANN,

        Plaintiff,                             Civil Action No. 15-CV-11995

vs.                                             HON. MARK A. GOLDSMITH

JULIE ANNE NEUMANN,

        Defendant.
_____/

## ORDER FOLLOWING EVIDENTIARY HEARING

At the close of the evidentiary hearing in this matter, the Court ordered the following:

1. Dr. Haynes is permitted to supplement his report with any additional information, conclusions, and/or recommendations that he determines, in his professional opinion, are relevant to the issues Dr. Haynes was directed to consider in the Court's earlier Order appointing him as evaluating psychologist and expert witness. Whether his initial report requires a supplementation is left to the sound discretion of Dr. Haynes. Should Dr. Haynes choose to supplement his report, the supplementation shall be submitted to the Court at the earliest opportunity. As with the initial report, the supplemental report shall be provided only to the Court and to the attorneys. The attorneys shall not share the reports with the parties.

2. Based on the agreement of the parties on the record on November 19, 2015, the Court will conduct off-the-record conversations with Dr. Haynes, and out of the presence of the parties and their respective attorneys.

3. The parties may submit a list of proposed questions for the Court to ask during its interview with the minor children. The proposed questions shall be submitted by way of email to the law clerk, copying opposing counsel on the correspondence, no later than 1:00 p.m. on

1

November 19, 2015.  The ultimate decision of whether the parties' proposed questions are posed to the minor children lies with the Court.  Based on the agreement of the parties on the record on November 19, 2015, the Court's conversation with the minor children will be off the record and out of the presence of the parties and their respective attorneys.  Court staff may be present at the interview.

      4.  The parties shall submit proposed findings of fact and conclusions of law, which may include a written closing argument.  The submission shall not exceed twenty-five (25) pages, exclusive of attachments.  Any reference to testimony must be supported by citation to the specific page(s) of the transcript on which the testimony can be found.  The post-trial briefs are due one week following the furnishing of the transcripts.  The Court will issue a separate order, with the precise submission date, at that time.

      SO ORDERED.

Dated:  November 20, 2015        s/Mark A. Goldsmith
       Detroit, Michigan        MARK A. GOLDSMITH
                            United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 20, 2015.

                              s/Karri Sandusky
                              Case Manager